UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-08608-SVW-JPR | Date | February 10, 2025 |
|---|---|---|---|
| Title | Deondre Raglin v. Cristela Nutricion Herbalife et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on January 8, 2025, issued an order to show cause why this action should not be dismissed for lack of prosecution.

In response, plaintiff filed a proof of service, indicating that defendant Cristela Nutricion Herbalife's answer was due on December 4, 2024.

To date, plaintiff has failed to request entry of default.

Default was entered as to defendant Manuela Sifuentes on December 10, 2024.

Likewise, plaintiff has failed to move for default judgment.

Plaintiff has failed to respond, the Court orders the case dismissed.

The file in this case lacks the papers that would show it is being timely prosecuted.

The case is dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |